UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

MICHAEL BROWN,

                                        Plaintiff,                  **ORDER**

        -against-                                                  24 CV 7130 (PMH)

CITY OF WHITE PLAINS, ET AL.

                                        Defendants.

--------------------------------------------------------------------------X

**IT IS HEREBY ORDERED THAT:** the Warden, or any other person to whom this may concern, of Westchester County Department of Corrections, make inmate MICHAEL BROWN (JID # 186179), available via Zoom on June 25, 2025, beginning at 10:00 a.m., until the completion of the proceeding, as his appearance is required by the Court on said date, for a mediation scheduled to occur in connection with the Southern District of New York's Local Rule 83.10 Mediation Program.

Dated: June 23, 2025

SO ORDERED:

_____
THE HONORABLE PHILIP M. HALPERN
United States District Judge