UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BROWN,

                Plaintiff,

-against-

CITY OF WHITE PLAINS, et al.,

                Defendants.

**ORDER**

24-CV-07130 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 13, 2025, this case was selected for participation in the Southern District of New York's mediation program under the 1983 Plan. On June 23, 2025, the Court entered an order, at Plaintiff's request, directing that Plaintiff be produced by the Westchester County Department of Corrections for a mediation that was scheduled to proceed on June 25, 2025. (Doc. 12).

The parties are directed to file, by July 9, 2025, a letter advising of the outcome of mediation and status of this action.

SO-ORDERED:

Dated: White Plains, New York
      July 2, 2025

_____
Philip M. Halpern
United States District Judge