UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BROWN,

                Plaintiff,

-against-

CITY OF WHITE PLAINS, et al.,

                Defendants.

**ORDER**

24-CV-07130 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 4, 2025, Defendants filed a "First Set of Interrogatories" (Doc. 24) and a "Request for Production of Documents" (Doc. 25). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery demands docketed on August 4, 2025 (Doc. 24, Doc. 25) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
       August 5, 2025

_____
Philip M. Halpern
United States District Judge