UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

MICHAEL BROWN,

                             Plaintiff,              **ORDER**

      -against-                                 24 CV 7130 (PMH)

CITY OF WHITE PLAINS, ET AL.

                            Defendants.

-------------------------------------------------------------------------------X

     **IT IS HEREBY ORDERED THAT:** the Warden, or any other person to whom this may concern, of Mohawk Correctional Facility, make inmate MICHAEL BROWN (DIN: 26R0233) available via Microsoft Teams on June 29, 2026, beginning at 1:30 p.m., as his appearance is required at his deposition which is scheduled to proceed on said date.

Dated:  June 11, 2026

SO ORDERED:

![signature]

_____
THE HONORABLE PHILIP M. HALPERN
United States District Judge