UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X

MICHAEL BROWN,

Plaintiff,

24 CV 7130 (PMH)

CITY OF WHITE PLAINS, STEVEN SILFA, Individually, LAUREN MONTALDO, Individually, CARLTON CARTER, Individually, STEVEN CARRELLI, Individually, VINCENT BATTAGLIA, Individually, JOHN LEON, Individually,

Defendants.

----------------------------------------------------------------------------------X

<u>ORDER PRODUCING PLAINTIFF FOR MEDICAL EXAMINATION</u>

WHEREAS: MICHAEL BROWN, DIN #26R0233 is confined at Mohawk Correctional Facility, and his attendance is required for an in-person medical examination at the office of Dr. Gerard Philip Varlotta D.O. FACSM, at 20 E. 46th Street, Suite 304, New York, New York 10017, on October 13, 2026, at 9:00 a.m., it is hereby;

ORDERED that the Superintendent of Mohawk Correctional Facility, or whoever has custody of incarcerated person MICHAEL BROWN, DIN #26R0233, on said date, produce MICHAEL BROWN, DIN #26R0233, under appropriate security, for a medical examination at the office of Dr. Gerard Philip Varlotta D.O. FACSM, at 20 E. 46th Street, Suite 304, New York, New York 10017, on October 13, 2026, at 9:00 a.m.; and it is further;

ORDERED that upon completion of the medical examination, MICHAEL BROWN is to be returned to Mohawk Correctional Facility; and it is further;

ORDERED that service of a copy of this order be made upon the superintendent of Mohawk Correctional Facility, or whoever has custody of MICHAEL BROWN'S person, and/or his or her authorized agent, via electronic mail and/or fax, and regular mail, on or before September 25, 2026.

Dated: September 21, 2026
White Plains, New York

SO ORDRERED:

HON. PHILIP M. HALPERN
United States District Judge