UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------X

MICHAEL BROWN,

Plaintiff,

24 CV 7130 (PMH)

CITY OF WHITE PLAINS, STEVEN SILFA, Individually, LAUREN MONTALDO, Individually, CARLTON CARTER, Individually, STEVEN CARRELLI, Individually, VINCENT BATTAGLIA, Individually, JOHN LEON, Individually,

Defendants.

-------------------------------------------------------------------------------------X

<u>ORDER PRODUCING PLAINTIFF FOR MEDICAL EXAMINATION</u>

WHEREAS: MICHAEL BROWN, DIN #26R0233 is confined at Mohawk Correctional Facility, and his attendance is required for a medical examination to be conducted virtually via Microsoft Teams or such other agreed upon platform, by the office of Dr. Gerard Philip Varlotta D.O. FACSM, at 20 E. 46th Street, Suite 304, New York, New York 10017, on November 18, 2026, at 1:30 p.m. to 3:30 p.m., it is hereby;

ORDERED that the Superintendent of Mohawk Correctional Facility, or whoever has custody of incarcerated person MICHAEL BROWN, DIN #26R0233, on said date, is directed to provide accommodations for MICHAEL BROWN, DIN #26R0233, to appear virtually for the medical examination, to be conducted on November 18, 2026, at 1:30 p.m. to 3:30 p.m.; and it is further;

Case 7:24-cv-07130-PMH Document 51 Filed 10/30/26 Page 2 of 2

ORDERED that service of a copy of this order be made upon the superintendent of Mohawk Correctional Facility, or whoever has custody of MICHAEL BROWN'S person, and/or his or her authorized agent, via electronic mail and/or fax, and regular mail, on or before November 6, 2026.

Dated: October 30 , 2026
White Plains, New York

SO ORDRERED:

HON. PHILIP M. HALPERN
United States District Judge